FILED '07 OCT 30 08:38 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK VOTH,

        Plaintiff,        Civil No. 07-1260-TC

    v.                       ORDER

GUY HALL, et al.,

        Defendants.

AIKEN, District Judge.

Plaintiff filed a "Motion for Emergency TRO" (#11) requesting to be re-located from Unit 6 at the Two Rivers Correctional Institution.

On October 29, 2007 Defendants filed a "Notice of Housing Assignment" (#14). The affidavit of Jacqueline Sadket,

1 - ORDER

attached to defendants' "Notice", indicates that plaintiff was removed from United 6 and relocated to Unit 3 (cell 19B).

Accordingly, plaintiff's request for preliminary relief (#11) is denied as moot.

IT IS SO ORDERED

DATED this 28 day of October, 2007.

_____
Ann Aiken
United States District Judge