IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK VOTH,

        Plaintiff,        Civil No. 07-1260-TC

        v.        ORDER

GUY HALL, et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff filed a "Supplemental Motion for Emergency TRO" (#18) requesting that this court order defendants to refrain from assigning plaintiff to cells at Two Rivers Correctional Institute (TRCI) in which he might be at risk from other inmates.

1 - ORDER

On November 5, 2007, Defendants filed a "Notice of Housing Assignment" (#18). The affidavit of Jacqueline Sadket (#19) indicates that on November 1, 2007, plaintiff was relocated to the Oregon State Penitentiary.

Accordingly, plaintiff's Supplemental Motion for Emergency TRO (#17) is denied as moot.

IT IS SO ORDERED

DATED this 14 day of November, 2007.

                        Ann Aiken
                        United States District Judge

2 - ORDER