IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK VOTH,

    Plaintiff,    Civil No. 07-1260-TC

    v.    ORDER

GUY HALL, et al.,

    Defendants.

COFFIN, Magistrate Judge.

  Plaintiff's Motion to file a second amended complaint (#37) is allowed. Plaintiff's Second Amended Complaint (#38) is now the operative pleading before the court.

  Plaintiff's Motion for partial summary judgment (#39) is denied.

  DATED this 3 day of March, 2008.

            _____
            Thomas M. Coffin
            United States Magistrate Judge

1 - ORDER